FedEx®

Legal Department
1000 FedEx Drive
Moon Township, PA 15108

Telephone 412.510.7914
Fax 412.859.5150
david.kiefer@fedex.com

October 28, 2026

**VIA ECF**

Honorable Margaret M. Garnett
Thurgood Marshall
United States Courthouse, Courtroom 906
40 Foley Square
New York, NY 10007

**Re:** ***Ayoub v. Federal Express Corporation*, 1:26-cv-07718-MMG (S.D.N.Y.)**
***Vargas v. Federal Express Corporation*, 1:26-cv-07870-MMG (S.D.N.Y.)**

Dear Judge Garnett:

Defendant Federal Express Corporation ("FedEx") respectfully requests an adjournment of the initial pretrial conference currently scheduled for November 5, 2026, at 9:30 a.m. in the above-captioned matters.

FedEx makes this adjournment request for two reasons. First, FedEx intends to file motions to dismiss the two complaints in these actions. Consistent with Your Honor's Individual Rules, FedEx will proceed by submitting the required pre-motion letter. FedEx waived service in both cases, and its responses to the Complaints are currently due on December 1, 2026. Second, FedEx's undersigned counsel is unavailable for the currently scheduled conference due to a family matter.

This is the first request to adjourn the initial pretrial conference. There have been no previous requests for adjournment or extension of time. Plaintiffs' counsel consents to this request.

The parties are available for an initial pretrial conference on Monday, November 9th. The parties may also be able to appear on Wednesday, November 18th; however, Plaintiffs' counsel indicated that scheduling on that date would be somewhat more difficult than on November 9th.

For the reasons stated, FedEx respectfully requests that the Initial Pretrial Conferences scheduled for November 5, 2026, be adjourned.

GRANTED. The Initial Pretrial Conference previously scheduled for November 5, 2026, is hereby ADJOURNED until **November 9, 2026**, at **10:00 A.M.** The parties shall file their joint letter and proposed Case Management Plan by no later than **November 2, 2026**. The Court does not require pre-motion letters for motions to dismiss, and FedEx may file its anticipated motions to dismiss at any time prior to December 1, 2026. See Individual Rule II(B)(1).

SO ORDERED. Dated October 30, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE